# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WALGREEN CO., et al | ) |
|     Plaintiffs, | ) |
| v. | ) Case No. 3:08-cv-0744 |
| | ) Judge Haynes |
| CAREMARK RX, INC., et al | ) Magistrate Judge Bryant |
| | ) Jury Demand |
|     Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court that this matter has been settled and resolved, it is therefore ORDERED that this action shall be dismissed with prejudice.

_____
WILLIAM J. HAYNES, District Judge
7-8-10